IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RHONDA MCNUTT,** *individually,* § <br> *and on behalf of all others* § <br> *similarly situated* § <br> § <br> § <br> **v.** § <br> § <br> § | | **PLAINTIFF** <br><br><br><br><br> **Civil No. 1:26cv19-HSO-BWR** |
| **FIRST FEDERAL SAVINGS &** <br> **LOAN ASSOCIATION** | | **DEFENDANT** |

### FINAL JUDGMENT OF DISMISSAL

This matter is before the Court sua sponte.  Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED,** this the 9th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE